STOFFLE and wife, Appellants, vs. HILKER and another, Respondents.

*February 11—March 9, 1926.*

Judgment reversed in accordance with the opinion in *Stoffle v. Hilker, ante,* p. 414, tried herewith.

APPEAL from a judgment of the circuit court for Racine county: E. B. BELDEN, Circuit Judge. *Reversed, with directions.*

For the appellants there were briefs by *John T. Booz* of Chicago and *McGovern, Lyons, Curtis, Devos & Reiss* of Milwaukee, and oral argument by *F. E. McGovern.*

For the respondents there was a brief by *Thompson, Harvey & Monk,* attorneys, and *John B. Simmons,* of counsel, all of Racine, and a separate brief by *John B. Simmons;* and the cause was argued orally by *Mr. Fulton Thompson* and *Mr. Simmons.*

CROWNHART, J. This case was tried with the case of *Katherine Stoffle v. Fred C. Hilker* and *James Hilker,* and was presented on the same bill of exceptions. It presents substantially the same questions. The claim here was for the damages suffered by the parents of the injured child. The jury rendered one verdict. found for plaintiffs, and assessed their damages at $2,500.

The court set aside the answers of the jury finding defendants guilty of negligence, and rendered judgment in favor of defendants dismissing plaintiffs' complaint. Plaintiffs appeal. The case is governed by the decision in *Katherine Stoffle v. Fred C. Hilker* and *James Hilker, ante,* p. 414, 207 N. W. 685.

*By the Court.*—The judgment of the circuit court is reversed, with directions to the circuit court to restore the answers of the jury to the third and fourth questions in the verdict, and to enter judgment in favor of the plaintiffs on the verdict of the jury.